1
2  Glenn Zuckerman
   **WEITZ & LUXENBERG, PC**
3  700 Broadway
   New York, New York 10003
4  Telephone: 212-558-5000
   Facsimile: 212-344-5461
5  Attorneys for Plaintiffs

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12  This Document Relates to:                )
                                             )
13  *Norma Brown v. Pfizer Inc, et al.*       )    **MDL NO. 1699**
    (06-6181 CRB)                            )    **District Judge:  Charles R. Breyer**
14                                            )
    *Arnold Kagan v. Pfizer Inc, et al.*      )
15  (08-3241 CRB)                            )
                                             )
16  *John Kroon v. Pfizer Inc, et al.*        )    **STIPULATION AND ORDER OF**
    (06-6115 CRB)                            )    **DISMISSAL WITH PREJUDICE**
17                                            )
    *Julia McFarland v. Pfizer Inc, et al.*   )
18  (07-4152 CRB)                            )

19        Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through
20
    the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
21
    stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with
22
    each side bearing its own attorneys' fees and costs.
23

24

25

26

27

28
                                            -1-

                    **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
    EAST\42588782.1

1

DATED: 2/25, 2000    By: _____

2

3    **WEITZ & LUXENBERG, PC**
     700 Broadway
4    New York, New York 10003
     Telephone: 212-558-5000
     Facsimile: 212-344-5461
5

6    *Attorneys for Plaintiffs*

DATED: March 3, 2010    By: _____
7

8    **DLA PIPER LLP (US)**
     1251 Avenue of the Americas
9    New York, New York 10020
     Telephone: 212-335-4500
10   Facsimile: 212-335-4501

11   *Defendants' Liaison Counsel*

12

13

14   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.**
15

16

Dated: APR - 5 2010
17
     Hon. Charles R. Breyer
18   United States District Court

19

20

21

22

23

24

25

26

27

28

-2-